# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hamilton, Jean C. | US District Court, EDMO | 4/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

111 South Tenth Street
St. Louis, MO 63102

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Care and Counseling |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 4/21/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Missouri Judges Retirement System - pension | $39,139.55 |
| 2. 2019 | IRA Distribution | $3,873.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | David A. Blanton | January - February 2019 | Florida | vacation | partial lodging, partial food & partial transportation |
| 2. | David A. Blanton | April - May 2019 | Jordan, Israel, UK | vacation | Lodging, partial food, partial transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 4/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   David A. Blanton | gift card | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hamilton, Jean C.** | 4/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank -2 accts. | A | Interest | M | T | | | | | |
| 2. Bank of America 1 acct. | A | Interest | K | T | | | | | |
| 3. IRA - TD Ameritrade | | | | | | | | | |
| 4. a. DFA International Core Equity Institutional | A | Dividend | J | T | | | | | |
| 5. b. DFA US Vector Equity Institutional | A | Dividend | J | T | | | | | |
| 6. c. DFA US Core Equity 2 Institutional | A | Dividend | K | T | | | | | |
| 7. d. DFA Emerging Markets Core Equity Institutional | A | Dividend | J | T | | | | | |
| 8. e. DFA Int. Value Port III | A | Dividend | | | Sold | 10/16/19 | J | A | |
| 9. f. DFA Large Cap Value Institutional | A | Dividend | J | T | Sold (part) | 10/16/19 | J | A | |
| 10. g. DFA Five Year Global Fixed Inc. 1 | A | Dividend | J | T | | | | | |
| 11. h. Vanguard Short Term Invest. Grade Admiral | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. Brokerage Account #3 | | | | | | | | | |
| 14. a. 3M (Minn. Mining & Mfg) - com. | C | Dividend | M | T | | | | | |
| 15. b. Home Depot - com. | C | Dividend | M | T | | | | | |
| 16. c. IBM - com. | D | Dividend | M | T | | | | | |
| 17. d. Pfizer - com. | A | Dividend | J | T | | | | | |

1 Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 4/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. e. Proctor & Gamble - com. | B | Dividend | L | T | | | | | |
| 19. f. Walt Disney - com. | A | Dividend | K | T | | | | | |
| 20. g. American International Group warrant | A | Dividend | J | T | | | | | |
| 21. h. AT & T - com. | C | Dividend | L | T | | | | | |
| 22. i. Kraft Heinz - com. | A | Dividend | J | T | | | | | |
| 23. j. Mondelez Internationall. - com. | A | Dividend | K | T | | | | | |
| 24. k. Philip Morris International - com. | D | Dividend | M | T | | | | | |
| 25. l. DFA Emerging Markets Institutional | B | Dividend | L | T | | | | | |
| 26. m. Dreyfus Tax Exempt Bond Fund com. | A | Dividend | | | Sold | 06/03/19 | L | A | |
| 27. n. DFA Int'l Core Equity Institutional | D | Dividend | N | T | Buy | 10/16/19 | K | | |
| 28. o. DFA US Vector Equity Institutional | D | Dividend | M | T | Buy | 10/16/19 | K | | |
| 29. p. DFA Tax Managed International Value Institutional | D | Dividend | M | T | Buy | 08/08/19 | K | | |
| 30. q. DFA Tax Managed US Marketwide Value Institutional | D | Dividend | N | T | Buy | 10/16/19 | K | | |
| 31. r. Vanguard Short Term Investment Grade Admiral | D | Dividend | N | T | | | | | |
| 32. s. DFA US Core Equity 2 Institutional | E | Dividend | O | T | | | | | |
| 33. t.. DFA TA U.S. Core Equity 2 Institutional | D | Dividend | M | T | Buy | 10/16/19 | K | | |
| 34. u. DFA Emerging Markets Core Equity Institutional | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 4/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   v. DFA Two Year Global Fixed Income 1 Institutional | C | Dividend | M | T | | | | | |
| 36.   w. BNY Mellon Muni Bond Fund | B | Dividend | L | T | Buy | 06/03/19 | K | | |
| 37.   x. DFA Five Year Global Fixed Income Institutional | A | Dividend | J | T | Buy | 10/16/19 | J | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hamilton, Jean C.** | 4/21/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VIII. Investments and Trusts

In this section, the title of some mutual funds contained in the IRA Ameritrade Account and in the Brokerage Account #3 have changed. Following is a list of those mutual funds as they appeared in the 2018 Disclosure Report and their corresponding title in the 2019 Disclosure Report

A. IRA Ameritrade

2018 Report   Symbol   2019 Report   Symbol

a. DFA International Core Equity PTFL  DFIEX  a. DFA International Core Equity  Institutional        DFIEX
b. DFA US Vector Equity   DFVEX  b. DFA US Vector Equity  Institutional       DFVEX
c. DFA U.S. Core Equity 2   DFQTX  c. DFA US Core Equity 2 Institutional   DFQTX
d. DFA Emerging Markets Core Equity  DFCEX  d. DFA Emerging Markets Core Equity  Institutional  DFCEX
e. DFA International III     DFA International Value Port III    --   sold all in 2019
f. DFA US Lg III                         DFUVX  e. DFA Lg. Cap Value III Institutional        DFUVX
g. DFA Five-Year Global Fixed PTF  DFGBX  g. DFA Five-Year Global Fixed Income 1        DFGBX
h. Vanguard Short Term Investment Grade Admiral VFSUX  f. Vanguard Short Term Investment Grade Admiral   VFSUX


Brokerage Acct. #3

2018 Report   Symbol   2019 Report   Symbol

l.  DFA Emerging Markets PTF  DFEMX  l. DFA Emerging Markets  Institutional                DFEMX
n.  DFA International Core Equity PTFL  DFIEX  n. DFA International Core Equity  Institutional  DFIEX
o.  DFA US Vector Equity  DFVEX  o. DFA US Vector Equity  Institutional          DFVEX
p.  DFA Tax Managed International Value Fund DTMIX  p. DFA Tax -Managed International Value Institutional  DTMIX
q.  DFA Tax Managed US Marketwide Value II DFMVX  q. DFA Tax -Managed US Marketwide Value  Institutional     DFMVX
r.  Vanguard Short Term Investment Grade Admiral VFXUX  r.  Vanguard Short Term Investment Grade Admiral   VFSUX
s. DFA US Core Equity 2   DFQTX  s. DFA US Core Equity 2 Institutional       DFQTX
t. DFA TA US Core Equity 2  DFTCX  t. DFA TA US Core Equity 2 Institutional       DFTCX
u. DFA Emerging Markets Core Equity I  DFCEX  u. DFA Emerging Markets Core Equity Institutional      DFCEX
v. DFA Two-Year Global Fixed PTF  DFGFX  v. DFA Two-Year Global Fixed Income  1   DFGFX

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 4/21/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Jean C. Hamilton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544